Case 06-06724    Doc 44    Filed 10/02/07    Entered 10/02/07 10:11:08    Desc    Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chandler, James J

Printed: 10/2/07

Case Number: 06 B 06724
Judge: Wedoff, Eugene R
Filed: 6/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 16, 2007
Confirmed: September 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,400.00 |  |
| Secured: |  | 3,366.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,774.00 |
| Trustee Fee: |  | 259.21 |
| Other Funds: |  | 0.00 |
| Totals: | 5,400.00 | 5,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip A. Igoe | Administrative | 1,774.00 | 1,774.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 4. | Beneficial | Secured | 0.00 | 0.00 |
| 5. | Community Spcialty River Plaza | Secured | 4,000.00 | 500.00 |
| 6. | Litton Loan Servicing | Secured | 16,310.33 | 2,201.22 |
| 7. | CitiFinancial Mortgage | Secured | 911.14 | 665.57 |
| 8. | ECast Settlement Corp | Unsecured | 11,392.06 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 554.48 | 0.00 |
| 10. | American Express Centurion | Unsecured | 5,184.46 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 1,243.61 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 1,179.82 | 0.00 |
| 13. | Encore | Unsecured |  | No Claim Filed |
| 14. | Chase | Unsecured |  | No Claim Filed |
| 15. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 16. | Alliance One | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,549.90 | $ 5,140.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 259.21 |
|  | _____ |
|  | $ 259.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Chandler, James J

Printed:  10/2/07

Case Number:  06 B 06724
Judge:  Wedoff, Eugene R
Filed:  6/9/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*